IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HECTOR GANDARA,

    Plaintiff,

v.                        CIVIL ACTION NO.: CV206-201

WAYNE BENNETT, Sheriff;
JOHN DOE, Criminal Investigator,
Glynn County Sheriff's Office; GARY
MOORE, District Attorney, and JOHN
DOE NUMBER TWO, Glynn County
Public Defender's Office,

    Defendants.

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 3rd day of November, 2006.

**SO ORDERED**, this 16th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)