IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HECTOR GANDARA,

    Plaintiff,

v.

WAYNE BENNETT, Sheriff;
JOHN DOE, Criminal Investigator,
Glynn County Sheriff's Office; GARY
MOORE, District Attorney, and JOHN
DOE NUMBER TWO, Glynn County
Public Defender's Office,

    Defendants.

CIVIL ACTION NO.: CV206-201

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that he is not challenging his conviction and sentence. Plaintiff asserts that he has filed a cause of action pursuant to the Alien Tort Statute, 28 U.S.C. § 1350. Plaintiff cites in support of his position Yogi v. Voges, 425 F.3d 367 (7th Cir. 2005).

"The district courts shall have original jurisdiction of any civil action by an alien for a tort only, committed in violation of the law of nations or a treaty of the United States." 28 U.S.C. § 1350. This statute is jurisdictional only and does not confer a statutory cause of action for aliens. See Sosa v. Alvarez-Machain, 542 U.S. 692, 731-32, 124 S. Ct. 2739, 2765, 169 L. Ed. 2d 718 (2004). The Court notes the persuasive authority of the Yogi case; however, the Eleventh Circuit Court of Appeals has not addressed this issue.

AO 72A
(Rev. 8/82)

The Report and Recommendation of the Magistrate Judge, as supplemented herein, is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 9th day of November, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)