# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

HECTOR GANDARA                         :

Vs                                     :     CV206-201
                                             Appeal No. 06-16088-E

SHERIFF WAYNE BENNETT, GLYNN           :
COUNTY, DOE, unknown investigator, etal

## ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal for want of prosecution because the appellant has failed to pay the required filing fee,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This  31st  day of January, 2007.

Anthony A. Alaimo
United States District Judge
Southern District Of Georgia